# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1756
Lower Tribunal No. 19-13923

_____

**ACS 550 LLC,**
Petitioner,

vs.

**Florida Laundry Services, Inc.,**
Respondent.

A Case of Original Jurisdiction – Prohibition.

Wagner Law Group, PLLC, and Ryan C. Wagner (Fort Lauderdale), for petitioner.

Ferdie and Lones, Chartered, and Ainslee R. Ferdie, and Stuart A. Lones, for respondent.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Denied.  See JJN FLB, LLC v. CFLB P'ship, LLC, 283 So. 3d 922, 925 (Fla. 3d DCA 2019) ("Although '[t]he facts must be viewed from the perspective of the petitioner[s],' it is equally 'well-settled that adverse rulings are insufficient to show bias.'") (alterations in original) (citations omitted); Ripley v. Ripley, 278 So. 3d 190, 192 (Fla. 5th DCA 2019) ("The court's adverse ruling . . . is not a sufficient basis to warrant disqualification.") (citations omitted); Pilkington v. Pilkington, 182 So. 3d 776, 779 (Fla. 5th DCA 2015) ("Adverse or unfavorable legal rulings, without more, are not legally sufficient grounds for disqualification.") (citing Correll v. State, 698 So. 2d 522, 524-25 (Fla. 1997); Winburn v. Earl's Well Drilling & Pump Serv., 939 So. 2d 199, 200 (Fla. 5th DCA 2006)).